# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

HERBERT HARTLEY,

    Plaintiff,

vs.                                    No.: 2:21-cv-00866-SMV-GBW

MILES WALLACE and TUTLE and
TUTLE TRUCKING, INC.,

    Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Joint Motion of Plaintiff Herbert Hartley and Defendants Miles Wallace and Tutle and Tutle Trucking, Inc. to dismiss Plaintiff's claims with prejudice, and the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Complaint of the Plaintiff and all amendments thereto and all causes of action therein and all causes of action that could have been brought therein as against Defendants herein are dismissed with prejudice.

All parties hereto shall bear their own attorney fees and costs.

_____
THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

BALDERRAMA LAW FIRM LLC

/s/Celedonia I. Balderrama
Frank V. Balderrama
Celedonia I. Balderrama
7401 Hancock Ct NE, Suite B
Albuquerque, NM 87109
(505) 900-3834 – *telephone*
(505) 433-2384 – *facsimile*
frank@balderramalawfirm.com
celia@balderramalawfirm.com
*Attorneys for the Plaintiff*

And

SHEEHY WARE PAPPAS GRUBBS

/s/Telephonically approved on 05/16/2022
William J. Collins III
909 Fannin Street, Suite 2500
Houston, Texas 77010
(713) 951-4603 – *telephone*
(713) 951-1199 – *facsimile*
wcollins@sheehyware.com
*Attorneys for Defendants*

And

MOSS LEGAL GROUP, PLLC

*/s/Electronically approved on 05/16/2022*
Cindy M. Vazquez
5845 Cromo Drive, Suite 2
El Paso, TX 79912
(915) 703-7307 – *telephone*
(915) 703-7618 – *facsimile*
mitch@mosslegalsolutions.com
cindy@mosslegalsolutions.com
*Attorneys for Defendants*